# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW CONE, ) | |
| ) | |
| Plaintiff, ) | Case No.  2:12-cv-01284-JCM-CWH |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| JOHNNY YOUNGBLOOD, et al., ) | |
| ) | |
| DefendantS. ) | |
| _____) | |

      This matter is before the Court on Plaintiff's Motion for Documents and Tangible Things (#29), filed January 15, 2014.  Pursuant to Local Rule 26-8, discovery-related documents are not to be filed unless ordered by the Court.  No such order has been entered by the Court in this case.  The motion filed by Plaintiff is not a motion to compel.  It is a copy of discovery requests he seeks to serve on Defendants.  Because the motion was filed in violation of Local Rule 26-8, it will be denied without prejudice.  Accordingly,

      **IT IS HEREBY ORDERED** that Plaintiff's Motion for Documents and Tangible Things (#29) is **denied**.  Failure to abide by Local Rule 26-8 in the future may result in sanctions pursuant to, *inter alia*, Local Rule IA 4-1; Fed. R. Civ. P. 16(f).

      DATED: January 24, 2014.

                                                        _____
                                                  **C.W. Hoffman, Jr.**
                                                 **United States Magistrate Judge**