# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW CONE, | ) |
| Plaintiff, | ) Case No. 2:12-cv-01284-JCM-CWH |
| vs. | ) **ORDER** |
| JOHNNY YOUNGBLOOD, et al., | ) |
| DefendantS. | ) |

This matter is before the Court on Plaintiff's Motion for Hearing (#34), filed March 13, 2014. It appears Plaintiff is requesting a status conference to ask the Court how to proceed with his case. The Court does not dispense legal advice to litigants. Thus, the request for hearing will be denied. *See* Local Rule 78-2 ("All motions, may, in the Court's discretion, be considered and decided with or without a hearing."). It does not appear that a discovery plan has been entered in this matter, so the Court will enter a discovery plan and scheduling order pursuant to Fed. R. Civ. P. 16(b) and Local Rule 16-1(b).

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Hearing (#34) is **denied**.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rules of Civil Procedure 16(b) and Local Rule 16-1, the following Scheduling Order shall be filed and served upon the parties or their counsel, if there is counsel of record. When the term "counsel" is used in this Scheduling Order, it shall include any and all parties appearing pro se:

1.   Any and all pleadings that may be brought under Fed. R. Civ. P. 13 & 14, or joining additional parties under Fed. R. Civ. P. 19 & 20, shall be filed **by Monday, May 12, 2014**. Any party causing additional parties to be joined or brought into this action shall contemporaneously therewith cause a copy of this Order to be served upon the new party or

1  parties.

2  2. Amendments to pleadings as provided for under Fed. R. Civ. P. 15, if the same are
3  allowed without leave of court, or motions for leave to amend, shall comply with LR 15-1
4  and shall be filed and served by **May 12, 2014**.

5  3. Any discovery motions shall be filed and served no later than **Friday, July 25,**
6  **2014**.

7  4. Motions for summary judgment shall comply with the requirements of LR 56-1 and
8  shall be filed and served no later than **Monday, August 11, 2014**.

9  5. Any motion filed beyond the time limit fixed by this Scheduling Order shall be
10  stricken, unless the Court grants an exception for good cause shown.

11  6. **DISCOVERY:** Pursuant to LR 16-1(b), discovery in this action shall be completed
12  on or before **Friday, July 11, 2014**.

13  7. **EXTENSIONS OF DISCOVERY:** Pursuant to LR 26-4, an extension of the
14  discovery deadline will not be allowed without a showing of good cause.  All motions or
15  stipulations to extend discovery shall be received by the Court at least **twenty-one days**
16  prior to the date fixed for completion of discovery by this Scheduling Order, or at least
17  **twenty-one days** prior to this expiration of any extension thereof that may have been
18  approved by the Court.  The motion or stipulation shall include:

19  (a) A statement specifying the discovery completed by the parties of the date of the
20  motion or stipulation;

21  (b) A specific description of the discovery which remains to be completed;

22  (c) The reasons why such remaining discovery was not completed within the time limit
23  o f the existing discovery deadline; and

24  (d) A proposed schedule for the completion of all remaining discovery.

25  8. In the event that the Federal Rules of Civil Procedure provide for any shorter time
26  periods for the filing of motions or pleadings, said shorter time limits shall apply
27  notwithstanding the time limits set forth in this Scheduling Order.  Pursuant to the authority
28  given to the Court in Fed. R. Civ. P. 16(b), motions for summary judgment under Fed. R.

Civ. P. 56 must be filed no later than the time provided in paragraph 4 of this Order.

9.     **PRETRIAL:**  Pursuant to LR 16-3(a), the Clerk shall issue a Pretrial Notice Order five days past the date for filing motions for summary judgment or all motions for summary judgment are denied, whichever is later.

10.    In all cases where a party or counsel is required to effect service hereunder, a certificate of such service shall be filed forthwith with the Clerk of the Court.

DATED: March 18, 2014.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**